UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Calvin Smith
                Plaintiff,

v.                                            Case No.: 1:20–cv–07384
                                            Honorable Robert M. Dow Jr.

Concord Servicing Corporation
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 8, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Defendant's motion to dismiss [17] is granted. As Plaintiff acknowledges, under controlling Seventh Circuit decisions issued since the filing of the complaint in this case, Plaintiff's allegations are insufficient to confer Article III standing. Accordingly, this Court lacks subject matter jurisdiction over Plaintiff's claims. Under Illinois law (see 735 ILCS 5/13–217), Plaintiff has one–year to refile in state court any claims that are dismissed for lack of subject matter jurisdiction. Plaintiff advises that he already has re–filed his claims in state court. Given that this Court lacks subject matter jurisdiction, it need not address Defendant's alternative basis for dismissal under FRCP 12(b)(6). Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.