# IN THE UNITED STATES DISTRICT COURT
## FOR THE
### NORTHERN DISTRICT OF ILLINOIS

Calvin Smith,

Plaintiff(s),

v.

Concord Servicing Corporation,

Defendant(s).

Case No.  20-cv-7384

Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: This Court lacks subject matter jurisdiction over Plaintiff's claims. Under Illinois law (see 735 ILCS 5/13-217), Plaintiff has one-year to refile in state court any claims that are dismissed for lack of subject matter jurisdiction.

---

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge          on a motion

Date:  9/8/2021

Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk